437 A.2d 1025

Commonwealth v. Frank Pettigrew a/k/a Bo
Pimp, Appellant.

Petition for Allowance of Appeal Denied Jan. 29, 1982.

Sub-mitted May 22, 1981. David G. Metinko, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.

437 A.2d 1025

Commonwealth v. Pryor, Appellant.

Submitted November 14, 1980. Donald Calaiaro, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.